THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* BURT C. BROWN, Respondent.

*People* v. *Brown*, 110 App. Div. 490, affirmed.
(Argued February 25, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1906, which reversed a judgment of the Herkimer County Court rendered upon a verdict convicting the defendant of the crime of arson in the third degree.

*George W. Ward* for appellant.

*A. M. Mills* and *H. A. De Coster* for respondent.

Order affirmed on the first two grounds stated in the prevailing opinion below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.